B. L. TURNER v. ANDREWS MANUFACTURING COMPANY.

(Filed 27 May, 1926.)

APPEAL by plaintiff from a judgment of nonsuit by *Siler, Emergency Judge,* at February Special Term, 1926, of CHEROKEE.

*Dillard & Hill for plaintiff.*
*Thomas S. Rollins for defendant.*

PER CURIAM. The plaintiff brought suit to recover damages for personal injury alleged to have been caused by the defendant's negligence. He was engaged in transferring laths from a truck to an adjoining car, standing with one foot on the "dock" and the other on top of the car. While attempting to "pitch the bundles up there" his foot slipped and he was injured by falling. We fail to discover any sufficient evidence of actionable negligence, and the judgment must be

Affirmed.